UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANNY HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SINGLETON, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01148-JLT (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>45-DAY DEADLINE |

　　　　Plaintiff has not paid the $402 filing fee for this action or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, **within 45 days** of the date of service of this order, Plaintiff SHALL submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $402.00 filing fee in full. No requests for extensions of time will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

　　　Dated:   **July 29, 2021**　　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE