UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANNY HERNANDEZ,<br><br>  Plaintiff,<br><br>v.<br><br>LT. SINGLETON, et al.,<br><br>  Defendants. | Case No. 1:21-cv-01148 JLT (PC)<br><br>**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PAYMENT OF INMATE FILING FEE BY THE LOS ANGELES COUNTY SHERIFF**<br><br>(Doc. 9) |

Plaintiff is detained at Men's Central Jail in Los Angeles, California, and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 9.) Plaintiff has made the showing required by section 1915(a). Accordingly, the Court ORDERS:

1. Plaintiff's motion to proceed *in forma pauperis* is GRANTED;

2. **The Los Angeles County Sheriff or his designee shall collect payments from Plaintiff's inmate trust account in an amount equal to 20 percent of the preceding month's income credited to that account and shall forward those payments to the Clerk of the Court, each time the amount in the account exceeds $10, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

///

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Los Angeles County Sheriff located at 441 Bauchet Street, Los Angeles, California 90012.
4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: __October 5, 2021__                    _____ /s/ Jennifer L. Thurston
                                              CHIEF UNITED STATES MAGISTRATE JUDGE