UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANNY HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SINGLETON, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01148-BAK (PC)<br><br>**ORDER DENYING MOTIONS FOR MISCELLANEOUS RELIEF**<br><br>(Doc. Nos. 4-5, 10) |

　　　　Plaintiff Jovanny Hernandez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. On August 26, 2021, Plaintiff filed two identical motions requesting law library access while incarcerated at Los Angeles County Jail. (Doc. Nos. 4-5.) However, Plaintiff is no longer incarcerated at the jail; he is now incarcerated at Kern Valley State Prison. (Doc. No. 14.) Accordingly, Plaintiff's motions for library access (Doc. Nos. 4-5) are DENIED as moot.

　　　　On September 15, 2021, Plaintiff filed a motion for "pro per" status so that he could obtain library access at Los Angeles County Jail. (Doc. No. 10.) The Court assumes that Plaintiff is requesting *in forma pauperis* status, since he is already appearing *pro per* (i.e., without the representation of counsel) and no order from the Court is needed in that respect. The Court previously granted Plaintiff's motion to proceed *in forma pauperis* on October 6, 2021. (Doc. No. 11.) Because Plaintiff already has *in forma pauperis* status, and because he is no longer

incarcerated at Los Angeles County Jail, the Court DENIES Plaintiff's motion for pro per status (Doc. No. 10) as unnecessary and moot.

Dated:     January 14, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE