UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANNY HERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SINGLETON, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01148-BAK (HBK) (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND TO OBEY COURT ORDER**<br><br>21-DAY DEADLINE |

On December 4, 2021, the Court issued a screening order directing Plaintiff to file a first amended complaint curing the deficiencies in his pleading or a notice of voluntary dismissal. (Doc. 12.) Following a motion, Plaintiff was granted an extension to February 28, 2022, within which to file a first amended complaint. (Doc. 18.) On February 27, 2027, served a "Motion for Reconsideration/ Extension of Time (21 Days)." (Doc. 19.) On March 4, 2022, the Court issued an Order Denying Motion for Reconsideration and Granting Second Extension of Time to File First Amended Complaint. (Doc. 20.) Plaintiff was given 21 days within which to file a first amended complaint or a notice of voluntary dismissal. (*Id*.) More than 21 days have passed, and Plaintiff has failed to file an amended complaint or notice of voluntary dismissal.

//

//

Accordingly, the Court ORDERS Plaintiff, **within 21 days**, to show cause in writing why this action should not be dismissed for his failure to prosecute and failure to obey a court order. Alternatively, within that same time, Plaintiff may file a first amended complaint or a notice of voluntary dismissal.

**Failure to comply with this order will result in a recommendation that this case be dismissed with prejudice for failure to prosecute and failure to obey a court order.**

Dated:  April 8, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE